IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, INC., | ) ) ) |
| *Plaintiff*, | Case No. 1:24-cv-10332-WGY ) ) ) |
| v. | ) **DEFENDANTS' NOTICE OF** ) **LODGING ADMINISTRATIVE** ) **RECORD** |
| GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

    Defendants hereby notice lodging of the administrative record for the above-captioned case. The administrative record consists of materials compiled by the National Marine Fisheries Service corresponding to its February 7, 2024 final rule amending the Atlantic Large Whale Take Reduction Plan to seasonally close a wedge-shaped area of Federal waters off the coast of Massachusetts from trap/pot fishing with vertical buoy lines.

    The administrative record is contained on one thumb drive. The thumb drive also contains an electronic copy of the administrative record index (attached hereto as Exhibit A) and the agency's certification of the administrative record (attached hereto as Exhibit B). Two copies of the administrative record have been sent to the Court via FedEx – one copy for the clerk's office to file and one copy for the Chambers of Judge William Young. Two copies of the administrative record have also been sent to Plaintiffs' counsel via FedEx.

                                              Respectfully submitted,

                                              TODD KIM
                                              Assistant Attorney General
                                              United States Department of Justice
                                              Environment & Natural Resources Division

      /s/ *Taylor A. Mayhall*
TAYLOR A. MAYHALL, Trial Attorney
(MN Bar No. 0400172)
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-3796
Facsimile: (202) 305-0275
Email: taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel of record using the CM/ECF system on February 21, 2024.

/s/ *Taylor A. Mayhall*
Taylor A. Mayhall