# Exhibit A

No. 1:24-cv-10332-WGY

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000000001 | 000000000000001 | 2018 to 2022 CCS-A_MB_FG-U_18-22 | 2018 to 2023 Gear Sightings Data |
| 000000000000002 | 000000000000002 | 2021-CCS-A_RIWH_FG-U_Apr-May | 2018 to 2023 Gear Sightings Data |
| 000000000000003 | 000000000000003 | 20230201_CCS983_FG-U | 2018 to 2023 Gear Sightings Data |
| 000000000000004 | 000000000000004 | 20230310_CCS990_FG-U | 2018 to 2023 Gear Sightings Data |
| 000000000000005 | 000000000000005 | 20230408_CCS999_FG-U | 2018 to 2023 Gear Sightings Data |
| 000000000000006 | 000000000000006 | 20230427_CCS1004_FG-U | 2018 to 2023 Gear Sightings Data |
| 000000000000007 | 000000000000007 | Gear Sightings Mass Bay March 21 2023- NOAA Twin Otter | 2018 to 2023 Gear Sightings Data |
| 000000000000008 | 000000000000008 | 2023-NARWSS-data-processed-through-2023-10-11 | 2018 to 2023 RW Survey & Opportunistic Sightings Data |
| 000000000000009 | 000000000000009 | 2023-RWSAS-data-processed-through-2023-10-11 | 2019 to 2023 RW Survey & Opportunistic Sightings Data |
| 000000000000010 | 000000000000010 | 20230107_SASPullforGARFO | 2020 to 2023 RW Survey & Opportunistic Sightings Data |
| 000000000000011 | 000000000000011 | GARFO_2018-2022_NARWSS_20230104 | 2021 to 2023 RW Survey & Opportunistic Sightings Data |
| 000000000000012 | 000000000000012 | Sightings Data Sources | 2022 to 2023 RW Survey & Opportunistic Sightings Data |
| 000000000000013 | 000000000000015 | 20210408 WhaleMap Settings | 2020 to 2023 WhaleMap Images |
| 000000000000016 | 000000000000018 | 20210428 WhaleMap Settings | 2020 to 2023 WhaleMap Images |
| 000000000000019 | 000000000000019 | 20210428 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000020 | 000000000000022 | 20220307 WhaleMap Settings | 2020 to 2023 WhaleMap Images |
| 000000000000023 | 000000000000023 | 20220307 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000024 | 000000000000026 | 20220425 WhaleMap Settings | 2020 to 2023 WhaleMap Images |
| 000000000000027 | 000000000000027 | 20220425 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000028 | 000000000000031 | April 2020 to 2023 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000032 | 000000000000034 | February 2020 to 2023 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000035 | 000000000000037 | Mar 2020 to March 2023 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000038 | 000000000000040 | 20200314 WhaleMap Settings | 2020 to 2023 WhaleMap Images |
| 000000000000041 | 000000000000041 | 20200314 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000042 | 000000000000044 | 20210223 WhaleMap Settings | 2020 to 2023 WhaleMap Images |
| 000000000000045 | 000000000000045 | 20210223 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000046 | 000000000000046 | 20210400 WhaleMap | 2020 to 2023 WhaleMap Images |
| 000000000000047 | 000000000000056 | 20210501 Conservation Framework Final 1 | 20210921 TRP Rule |
| 000000000000057 | 000000000000074 | 20210525 Final ALWTRP S7 Consultation | 20210921 TRP Rule |
| 000000000000075 | 000000000000129 | 20210921 86 FR 51970 2021 ALWTRP Rule FR Notice | 20210921 TRP Rule |
| 000000000000130 | 000000000000130 | 20220118 Meeting Link Web Page | 20220118 Atlantic Large Whale TRT Webinar |
| 000000000000131 | 000000000000161 | 20220118 ALWTRT Webinar | 20220118 Atlantic Large Whale TRT Webinar |
| 000000000000162 | 000000000000166 | 20220211 Section 7 Checklist ALWTRT Emergency Rule 2022 Signed | 20220302 Emergency Rule |
| 000000000000167 | 000000000000172 | 20220215 Decision Memo 2022 Emergency Rule | 20220302 Emergency Rule |
| 000000000000173 | 000000000000179 | 20220302 87 FR 11590 Emergency Rule Wedge Closure | 20220302 Emergency Rule |
| 000000000000180 | 000000000000180 | 20220320 Emergency Closure Regulatory Impact Review Clearance | 20220302 Emergency Rule |
| 000000000000181 | 000000000000181 | 20220322 Emergency Closure To Lobster And Jonah Crab Trap Pot Buoy Lines April 2022 NEFSC Review | 20220302 Emergency Rule |
| 000000000000182 | 000000000000186 | 20220211 EFH Assessment Worksheet ALWTRT EmergencyRule | 20220302 Emergency Rule |
| 000000000000187 | 000000000000191 | 20220211 IQA Pre Dissemination ALWTRP EMERGENCY Rule 2022 | 20220302 Emergency Rule |
| 000000000000192 | 000000000000433 | 20220331 Environmental Assessment For Emergency Closure To Lobster And Jonah Crab Trap Pot Buoy Lines | 20220302 Emergency Rule |
| 000000000000434 | 000000000000438 | 20220909 87 FR 55405 NOI | 20220909 NOI |
| 000000000000439 | 000000000004644 | 20220922 To October 14 2022 Public Comments Re 87 FR 55405 | 20220909 NOI Public Comments |
| 000000000004645 | 000000000004650 | 20221011 Scoping Comment  MA DMF | 20220909 NOI Public Comments |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000004651 | 000000000004718 | 20221100 and 20221200 ALWTRT Meeting Summary | 20221100 and 20221200 ALWTRT Team Meeting (Virtual) |
| 000000000004719 | 000000000004759 | 20221202 Slide Presentation (Please see slide 12 for Wedge Information) | 20221100 and 20221200 ALWTRT Team Meeting (Virtual) |
| 000000000004760 | 000000000004763 | 20230118 Decision Memo 2023 ALWTRP Emergency Rule Signed | 20230203 Emergency Rule |
| 000000000004764 | 000000000004764 | 20230123 RIR RFA Clearance Lobster Emergency Rule Economic Analysis Signed | 20230203 Emergency Rule |
| 000000000004765 | 000000000004766 | 20230124 Tasker AI 2023 118 Review Of Environmental Assessment For An Emergeny NARW Rule | 20230203 Emergency Rule |
| 000000000004767 | 000000000005016 | 20230127 Environmental Assessment | 20230203 Emergency Rule |
| 000000000005017 | 000000000005021 | 20230112 EFH Assessment Worksheet ALWTRT EmergencyRule | 20230203 Emergency Rule |
| 000000000005022 | 000000000005026 | 20230112 Section 7 Checklist ALWTRT EmergencyRule 2023 Signed | 20230203 Emergency Rule |
| 000000000005027 | 000000000005032 | 20230113 IQA Pre Dissemination ALWTRP EMERGENCY Rule | 20230203 Emergency Rule |
| 000000000005033 | 000000000005040 | 20230203 88 FR 7362 Emergency Rule Wedge Closure | 20230203 Emergency Rule |
| 000000000005041 | 000000000005049 | 20230206 Public Comment Jean Public | 20230203 Emergency Rule |
| 000000000005050 | 000000000005053 | 20230620 Decision Memorandum Proposed Rule | 20230918 Proposed Rule |
| 000000000005054 | 000000000005057 | 20230720 Supplemental Decision Memo | 20230918 Proposed Rule |
| 000000000005058 | 000000000005317 | 20230914 Draft EA Proposed Rule | 20230918 Proposed Rule |
| 000000000005318 | 000000000005318 | 20230410 NEFSC_SSB_clearance_ALWTRP_EA_RIR_IRFA | 20230918 Proposed Rule |
| 000000000005319 | 000000000005320 | 20230418 NARW EA NEFSCTSKR-142 | 20230918 Proposed Rule |
| 000000000005321 | 000000000005325 | 20230508 2023 ALWTRP Wedge Rule Section 7 Checklist | 20230918 Proposed Rule |
| 000000000005326 | 000000000005330 | 20230515 2023 IQA ALWTRP Wedge Rule | 20230918 Proposed Rule |
| 000000000005331 | 000000000005342 | 20230918 Proposed Rule | 20230918 Proposed Rule |
| 000000000005343 | 000000000005343 | 20231229 SBA Memo 2023 Wedge Proposed Rule ALWTRP | 20230918 Proposed Rule |
| 000000000005344 | 000000000005348 | PublicComment AWI | 20230918 Proposed Rule Public Comments |
| 000000000005349 | 000000000005356 | PublicComment CLF WDC CBD DOW | 20230918 Proposed Rule Public Comments |
| 000000000005357 | 000000000005357 | PublicComment Colby DeGrechie | 20230918 Proposed Rule Public Comments |
| 000000000005358 | 000000000005362 | PublicComment Friends of Animals | 20230918 Proposed Rule Public Comments |
| 000000000005363 | 000000000005363 | PublicComment IFAW | 20230918 Proposed Rule Public Comments |
| 000000000005364 | 000000000005364 | PublicComment Jean Publie | 20230918 Proposed Rule Public Comments |
| 000000000005365 | 000000000005366 | PublicComment MADMF | 20230918 Proposed Rule Public Comments |
| 000000000005367 | 000000000005372 | PublicComment MALA | 20230918 Proposed Rule Public Comments |
| 000000000005373 | 000000000005374 | PublicComment Manzan and Cabrera | 20230918 Proposed Rule Public Comments |
| 000000000005375 | 000000000005375 | PublicComment MEDMR | 20230918 Proposed Rule Public Comments |
| 000000000005376 | 000000000005377 | PublicComment Michael Moros | 20230918 Proposed Rule Public Comments |
| 000000000005378 | 000000000005378 | PublicComment Michelle Muschamp | 20230918 Proposed Rule Public Comments |
| 000000000005379 | 000000000005379 | PublicComment Mike Polisson | 20230918 Proposed Rule Public Comments |
| 000000000005380 | 000000000005381 | PublicComment MMC | 20230918 Proposed Rule Public Comments |
| 000000000005382 | 000000000005384 | PublicComment NEAq | 20230918 Proposed Rule Public Comments |
| 000000000005385 | 000000000005389 | PublicComment NEFSA | 20230918 Proposed Rule Public Comments |
| 000000000005390 | 000000000005394 | PublicComment NRDC | 20230918 Proposed Rule Public Comments |
| 000000000005395 | 000000000005395 | PublicComment Raymond Brooks | 20230918 Proposed Rule Public Comments |
| 000000000005396 | 000000000005396 | PublicComment Richard Spotts | 20230918 Proposed Rule Public Comments |
| 000000000005397 | 000000000005397 | 20230926 Public Hearing Gloucester | 20230918 Proposed Rule Public Comments |
| 000000000005398 | 000000000005398 | 20230928 Public Hearing Buzzards Bay | 20230918 Proposed Rule Public Comments |
| 000000000005399 | 000000000005399 | PublicComment Anonymous | 20230918 Proposed Rule Public Comments |
| 000000000005400 | 000000000005400 | PublicComment Sam Peters | 20230918 Proposed Rule Public Comments |
| 000000000005401 | 000000000005404 | PublicComment SBNMS | 20230918 Proposed Rule Public Comments |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000005405 | 000000000005405 | PublicComment Anonymous2 | 20230918 Proposed Rule Public Comments |
| 000000000005406 | 000000000005406 | PublicComment Shelley Wigglesworth | 20230918 Proposed Rule Public Comments |
| 000000000005407 | 000000000005407 | PublicComment WhoPoo App | 20230918 Proposed Rule Public Comments |
| 000000000005408 | 000000000005408 | PublicComment Anonymous3 | 20230918 Proposed Rule Public Comments |
| 000000000005409 | 000000000005414 | 20231226 Decision Memorandum Final Rule | 20240207 Final Rule |
| 000000000005415 | 000000000005713 | 20240131 ENVIRONMENTAL ASSESSMENT FONSI AND FINAL RIR FOR A FINAL RULE TO MAKE PERMANENT THE MASSACHUSETTS RESTRICTED AREA WEDGE | 20240207 Final Rule |
| 000000000005714 | 000000000005718 | 20231204 Final Wedge Rule Section 7 Checklist | 20240207 Final Rule |
| 000000000005719 | 000000000005723 | 20231205 2023 IQA Atlantic Large Whale Take Reduction Plan Rule to Make Final the MRA Wedge | 20240207 Final Rule |
| 000000000005724 | 000000000005724 | 20240205 Supplementation of Environmental Assessment | 20240207 Final Rule |
| 000000000005725 | 000000000005741 | 20240207 89 FR 8333 | 20240207 Final Rule |
| 000000000005742 | 000000000005743 | 20230104 MA DMF Follow Up Letter To NOAA Re Wedge In MA Bay | Correspondence |
| 000000000005744 | 000000000005745 | 20230110 DMF Letter Maine Fisheries Advisory Exhibit G | Correspondence |
| 000000000005746 | 000000000005747 | 20230118 Omnibus Implications Email To ALWTRT | Correspondence |
| 000000000005748 | 000000000005749 | 20230131 Letter To ALWTRT | Correspondence |
| 000000000005750 | 000000000005757 | 20220107 AND 20221212 McKiernan Pentony ALWTRP Concerns Regarding Closures And Coordination | Correspondence |
| 000000000005758 | 000000000005759 | 20230822 McKiernan Pentony Permanent Wedge Closure pdf | Correspondence |
| 000000000005760 | 000000000005812 | Angliss 1998 NOAA Technical Memorandum | References |
| 000000000005813 | 000000000005830 | Archer Et Al 2019 Revision Of Fin Whale Balaenoptera Physalus (Linna | References |
| 000000000005831 | 000000000005855 | ASMFC 2015 AmericanLobsterFMP Review | References |
| 000000000005856 | 000000000005862 | Baker Clapham 2004 Modelling The Past And Future Of Whales And Whaling | References |
| 000000000005863 | 000000000005867 | Barshaw Lavalli 1988 Predation Upon Postlarval Lobsters Homarus Americanus By Cunners Tautogolabrus | References |
| 000000000005868 | 000000000005880 | Baumgartner and Mate 2003 Summertime Foraging Ecology Of North Atlantic Right Whales | References |
| 000000000005881 | 000000000005898 | Baumgartner Et Al 2003 North Atlantic Right Whale Habitat In The Lower Bay Of Fundy And On The Sw | References |
| 000000000005899 | 000000000005915 | Baumgartner Et Al 2017 North Atlantic Right Whale Foraging Ecology And Its Role In Human Caused | References |
| 000000000005916 | 000000000005927 | Baumgartner Et Al 2020 Slocum Gliders Provide Accurate Near Real Time Estimates | References |
| 000000000005928 | 000000000005941 | Baumgartner Et Al 2021 Near Real Time Detection Of Low Frequency Baleen Whale Calls From An Autonomous2 | References |
| 000000000005942 | 000000000005943 | BEA 2022 | References |
| 000000000005944 | 000000000005944 | BEA GDP 2021 | References |
| 000000000005945 | 000000000005961 | Black And Parry 1994 Sediment Transport Rates And Sediment Disturbance | References |
| 000000000005962 | 000000000005969 | Bologna and Steneck 1993 Kelp Beds As Habitat For American Lobster Homarus Americanus | References |
| 000000000005970 | 000000000006179 | Bourque Et Al 2020 Incidental Report North Atlantic right whales Mortality Event in Eastern Canada 2019 | References |
| 000000000006180 | 000000000006190 | Cassoff Et Al 2011 Lethal Entanglement Of Balleen Whales Disease Of Aquatic Organisms 96 175 | References |
| 000000000006191 | 000000000006204 | Ceballos Et Al 2022 Comparison of visual and acoustic surveys for the detection and dynamic management | References |
| 000000000006205 | 000000000006281 | Cetap 1982 A CHARACTERIZATION OF MARINE MAMMALS AND TURTLES IN THE MID AND NORTH ATLANTIC AREAS OF THE U S OUTER CONTINENTAL SHELF | References |
| 000000000006282 | 000000000006328 | Chami et al 2020 On Valuing Nature-Based Solutions to Climate Change | References |
| 000000000006329 | 000000000006336 | Chuenpagdee Et Al 2003 Shifting Gears | References |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000006337 | 000000000006361 | Churchill 1989 The Effect Of Commerical Trawling On Sediment Resuspension And Transport Of The Middle Atlantic Bight Continental Shelf | References |
| 000000000006362 | 000000000006365 | Clapham Et Al 1993 Seasonal Occurrence And Annual Return Of Humpback | References |
| 000000000006366 | 000000000006378 | Clark And Gagnon 2002 Low Frequency Vocal Behaviors Of Baleen Whales In | References |
| 000000000006379 | 000000000006396 | Clark Et Al 2010 Visual and acoustic surveys for North Atlantic right whales Eubalaena glacialis in | References |
| 000000000006397 | 000000000006414 | Clay P M And J Olson 2008 Defining ?Fishing Communities? | References |
| 000000000006415 | 000000000006459 | Coen 1995 A Review Of The Potential Impacts Of Mechanical Harvesting On Subtidal And | References |
| 000000000006460 | 000000000006472 | Colburn L L And M Jepson 2012 Social Indicators of Gentrification Pressure in Fishing Communities | References |
| 000000000006473 | 000000000006488 | Conn and Silber 2013 Vessel Speed Restrictions Reduce Risk Of Collision Related Mortality For North | References |
| 000000000006489 | 000000000006500 | Corkeron Et Al 2018 The Recovery Of North Atlantic Right Whales Eubalaena Glacialis Has Been | References |
| 000000000006501 | 000000000006515 | Crum Et Al 2019 Quantifying risk of whale vessel collisions across space time and management policies | References |
| 000000000006516 | 000000000006516 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: Bathymetry_250K_scale | References |
| 000000000006517 | 000000000006517 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: bthos250_poly | References |
| 000000000006518 | 000000000006518 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: BTHOS250_POLY | References |
| 000000000006519 | 000000000006519 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: BTHOS250_POLY | References |
| 000000000006520 | 000000000006520 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: BTHOS250_POLY | References |
| 000000000006521 | 000000000006521 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: BTHOS250_POLY | References |
| 000000000006522 | 000000000006522 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: BTHOS250_POLY | References |
| 000000000006523 | 000000000006523 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: BTHOS250_POLY.shp | References |
| 000000000006524 | 000000000006524 | CZM  Massachusetts Office of Coastal Zone Management 1999 Offshore Bathymetry Shapefile: BTHOS250_POLY | References |
| 000000000006525 | 000000000006780 | Daoust Et Al 2018 NARW Incident Report 20180405 MD | References |
| 000000000006781 | 000000000006793 | Davies Et Al 2019 Variation In North Atlantic Right Whale Eubalaena Glacialis Occurrence In The | References |
| 000000000006794 | 000000000006808 | Davies Et Al 2023 Upcalling Behavior and patterns in North Atlantic rigth whales | References |
| 000000000006809 | 000000000006820 | Davis Et Al 2017 Long Term Passive Acoustic Recordings Track The Changing Distribution Of North | References |
| 000000000006821 | 000000000006849 | Davis Et Al 2020 Exploring Movement Patterns And Changing Distributions Of Baleen Whales In The | References |
| 000000000006850 | 000000000006863 | Dombroski Et Al 2021 Dive behavior of North Atlantic right whales on the calving ground | References |
| 000000000006864 | 000000000006896 | Donovan 1991 A Review Of Iwc Stock Boundaries | References |
| 000000000006897 | 000000000006914 | E Quintana Rizzo Et Al 2021 Residency Demographics And Movements Patterns Of North Atlantic Right Whales | References |
| 000000000006915 | 000000000006970 | Edwards Et Al 2015 Global distribution of fin whales | References |
| 000000000006971 | 000000000006980 | Eno Et Al 2001 Effects Of Crustacean Traps On Benthic Fauna | References |
| 000000000006981 | 000000000007000 | Fortune Et Al 2013 Energetic Requirements Of North Atlantic Right Whales And The Implications For Marine Ecology Progress Series 478 253 | References |
| 000000000007001 | 000000000007011 | Gallopin 2006 Linkages Between Vulnerability Resilience And Adaptive Capacity | References |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000007012 | 000000000007024 | Ganley Et Al 2019 What we see is not what there is | References |
| 000000000007025 | 000000000007039 | Ganley Et Al 2022 Effects of changing temperature phenology on the abundance of a critically | References |
| 000000000007040 | 000000000007050 | Goode Et Al 2021 Evaluating benthic impact of the Gulf of Maine lobster fishery | References |
| 000000000007051 | 000000000007061 | Grabowski Et Al 2010 Use Of Herring Bait To Farm Lobsters In The Gulf Of Maine | References |
| 000000000007062 | 000000000007073 | Grieve Et Al 2017 Projecting The Effects Of Climate Change On Calanus Finmarchicus Distribution | References |
| 000000000007074 | 000000000007078 | Hain Et Al 1985 The Role Of Cetaceans In The Shelf Edge Region Of The Northeastern United States | References |
| 000000000007079 | 000000000007095 | Hain Et Al 1992 The fin whale Balaenoptera physalus in waters of the northeastern United States continental shelf | References |
| 000000000007096 | 000000000007112 | Hain Et Al 1999 Sightability of right whales in coastal waters | References |
| 000000000007113 | 000000000007544 | Hall Et Al 2001 New England s Fishing Communities | References |
| 000000000007545 | 000000000007595 | Hall S J 1999 The Effects Of Fishing On Marine Ecosystems | References |
| 000000000007596 | 000000000007698 | Hamilton 2018 Right Whale Catalog | References |
| 000000000007699 | 000000000007710 | Hamilton and Kraus 2019 Frequent Encounters With The Seafloor Increase Right Whales? Risk Of | References |
| 000000000007711 | 000000000007815 | Hamilton Et Al 2019 Maintenance of the North Atlantic Right Whale Catalog | References |
| 000000000007816 | 000000000007827 | Hamilton Kraus 2019 Frequent Encounters With The Seafloor Increase Right Whales? Risk Of | References |
| 000000000007828 | 000000000007932 | Hamilton P K Et Al 2021 Maintenance Of The North Atlantic Right Whale Catalog | References |
| 000000000007933 | 000000000007993 | Hartley Et Al 2001 Large Whale Entanglements | References |
| 000000000007994 | 000000000008054 | Hartley Et Al 2003 Large Whale Entanglements | References |
| 000000000008055 | 000000000008533 | Hayes Et Al 2020 Us Atlantic And Gulf Of Mexico Marine Mammal Stock Assessments 2019 | References |
| 000000000008534 | 000000000008936 | Hayes et al 2021 US Atlantic and Gulf of Mexico Marine Mammal Stock Assessments  2020 | References |
| 000000000008937 | 000000000009323 | Hayes et al 2022 US Atlantic and Gulf of Mexico Marine Mammal Stock Assessments  2021 | References |
| 000000000009324 | 000000000009585 | Hayes et al 2023 NOAA Technical Memorandum NMFS-NE-304 | References |
| 000000000009586 | 000000000009642 | Henry Et Al 2016 Serious Injury And Mortality Determinations For Baleen Whale Stocks Along The | References |
| 000000000009643 | 000000000009703 | Henry Et Al 2022 Serious Injury and Mortality Determinations for Baleen Whale Stocks | References |
| 000000000009704 | 000000000009717 | Hlista Et Al 2009 Seasonal and interannual correlations between right whale distribution and calving success | References |
| 000000000009718 | 000000000009732 | Hudak Et Al 2023 North Atlantic right whale Eubalaena glacialis prey selection in Cape Cod Bay | References |
| 000000000009733 | 000000000009879 | ICES 1992 Report Of The Study Group On Ecosystem Effects On Fishing Activities Copenhagen 7 14 April | References |
| 000000000009880 | 000000000009894 | Irvine Et Al 2017 Quantifying The Energy Stores Of Capital Breeding Humpback Whales And Income | References |
| 000000000009895 | 000000000009902 | Jacob Et Al 2010 Exploring Fishing Dependence in Gulf Coast communities | References |
| 000000000009903 | 000000000010162 | Jaquet Et Al 2007 Surveillance Monitoring and Management of North Atlantic Right Whales in Cape Cod Bay and Adjacent Waters 2007 | References |
| 000000000010163 | 000000000010173 | Johnson Et Al 2005 Fishing Gear Involved In Entanglements Of Right And Humpback Whales | References |
| 000000000010174 | 000000000010183 | Johnson Et Al 2020 Estimating North Atlantic right whale Eubalaena glacialis location uncertainty | References |
| 000000000010184 | 000000000010187 | Johnson Et Al 2021 Whalemap | References |
| 000000000010188 | 000000000010197 | Kaiser 2000 The Implications Of The Effects Of Fishing On Non Target Species | References |
| 000000000010198 | 000000000010212 | Kenney 2001 Anomalous 1992 Spring And Summer Right Whale (Eubalaena Glacialis) | References |
| 000000000010213 | 000000000010230 | Klanjscek Et Al 2007 A Model For Energetics And Bioaccumulation In Marine Mammals With Applications | References |
| 000000000010231 | 000000000010246 | Knowlton and Kraus 2001 Mortality And Serious Injury Of Northern Right Whales (Eubalaena Glacialis) In Western Atlantic Ocean | References |
| 000000000010247 | 000000000010256 | Knowlton Et Al 2012 Monitoring North Atlantic Right Whale Eubalaena Glacialis Entanglement Rates Marine Ecology Progress Series 466 293 | References |
| 000000000010257 | 000000000010270 | Knowlton Et Al 2022 Fishing gear entanglement threatens recovery of critically endangered North | References |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000010271 | 000000000010272 | Kraus and Rolland 2007 The Urban Whale | References |
| 000000000010273 | 000000000010275 | Kraus Et Al 2016 Recent Scientific Publications Cast Doubt On North Atlantic Right Whale Future | References |
| 000000000010276 | 000000000010292 | Krzystan Et Al 2018 Characterizing Residence Patterns Of North Atlantic Right Whales In The | References |
| 000000000010293 | 000000000010333 | Laist Et Al 2001 Collissions Between Ships And Whales | References |
| 000000000010334 | 000000000010376 | Lawton And Lavalli 1995 Chap 4 Postlarval Juvenile Adolescent And Adult Ecology | References |
| 000000000010377 | 000000000010393 | Levin 1984 Life History And Dispersal Patterns In A Dense Infaunal Polychaete Assemblage | References |
| 000000000010394 | 000000000010471 | Lincoln 1998 Lobsters On The Edge Essential Lobster Habitats In New England | References |
| 000000000010472 | 000000000010490 | Linden 2023 Population size estimation of North Atlantic right whales | References |
| 000000000010491 | 000000000010499 | Martin Et Al 2016 A quantitative framework for investigating risk of deadly collisions between marine | References |
| 000000000010500 | 000000000010513 | Mate Et Al 1997 Satellite Monitored Movements of the Northern Right Whale | References |
| 000000000010514 | 000000000010526 | Mayer Et Al 1991 Effects Of Commercial Dragging On Sedimentary Organic Matter | References |
| 000000000010527 | 000000000010534 | Mayo and Marx 1990 Surface Behavior Of The North Atlantic Right Whale | References |
| 000000000010535 | 000000000010552 | Mayo Et Al 2018 Distribution Demography And Behavior Of North Atlantic Right Whales | References |
| 000000000010553 | 000000000010561 | McCauley Et Al 2017 Widely used marine seismic survey air gun operations negatively impact zooplankton | References |
| 000000000010562 | 000000000010588 | Messieh Et Al 1991 The Effects Of Trawling Dredging And Ocean Dumping On The Eastern Canadian | References |
| 000000000010589 | 000000000010598 | Meyer Gutbrod Greene 2018 Uncertain Recovery Of The North Atlantic Right Whale In A Changing Ocean | References |
| 000000000010599 | 000000000010614 | Meyer-Gutbrod Et Al 2015 Climate Associated Changes In Prey Availability Drive Reproductive Dynamics Of | References |
| 000000000010615 | 000000000010633 | Miller Et Al 2024 Gearing Up Methods for quantifying gear density | References |
| 000000000010634 | 000000000010789 | Mitch and Chapman 1977 in Rep Int Whal Common Special Issue 1 | References |
| 000000000010790 | 000000000010798 | Monsarrat Et Al 2016 A Spatially Explicit Estimate Of The Prewhaling Abundance Of The Endangered | References |
| 000000000010799 | 000000000010803 | Moore and Van Der Hoop 2012 The Painful Side Of Trap And Fixed Net Fisheries | References |
| 000000000010804 | 000000000010813 | Morano Et Al 2012 Acoustically Detected Year Round Presence Of Right Whales In An Urbanized | References |
| 000000000010814 | 000000000010822 | Murphy 1995 Occurrence and group characteristics of minke whales | References |
| 000000000010823 | 000000000010831 | Murray Et Al 2013 Extended seasonal occurrence of humpback whales in Massachusetts Bay | References |
| 000000000010832 | 000000000010844 | Murray Et Al 2022 Acoustic Presence And Vocal Activity Of North Atlantic Right Whales In The New | References |
| 000000000010845 | 000000000010866 | NERO PRD 2012 Atlantic Large Whale Take Reduction Plan Monitoring Strategy | References |
| 000000000010867 | 000000000011008 | NMFS 2001 Reinitiation of Consultation on the Federal Lobster Management Plan in the Exclusive Economic Zone Consultation | References |
| 000000000011009 | 000000000011104 | NMFS 2002 Workshop On The Effects Of Fishing Gear On Marine Habitats Off The Northeastern United States October 23 25 2001 | References |
| 000000000011105 | 000000000011298 | NMFS 2004 Characterization of the Fishing Practices and Marine Benthic Ecosystems of the Northeast | References |
| 000000000011299 | 000000000011492 | NMFS 2004 Tech Memo NMFS NE 181 | References |
| 000000000011493 | 000000000011672 | NMFS 2013 A Review Of Information Pertaining To The Definition Of ?critical Habitat? | References |
| 000000000011673 | 000000000011676 | NMFS 2014 memo final September 17 2014  Loggerhead CH reinitiation | References |
| 000000000011677 | 000000000011786 | Nmfs 2015 Endangered Species Act (Esa) Section 4(B)(2) Report Critical Habitat For The | References |
| 000000000011787 | 000000000011966 | NMFS 2015 North Atlantic Right Whale Source Document For The Critical Habitat Designation | References |
| 000000000011967 | 000000000011985 | NMFS 2019 Emergency Response Guidance | References |
| 000000000011986 | 000000000014737 | NMFS 2021 FEIS REGULATORY IMPACT REVIEW AND Final REGULATORY FLEXIBILITY ANALYSIS FOR AMENDING THE ATLANTIC LARGE WHALE TAKE REDUCTION PLAN RISK REDUCTION RULE VOLUM | References |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000014738 | 000000000015140 | NMFS 2021 U S Atlantic And Gulf Of Mexico Marine Mammal Stock Assessments 2020 (P 403) NOAA Technical Memorandum NMFS NE 271 | References |
| 000000000015141 | 000000000015469 | NMFS 2021a Draft 2021 US Atlantic And Gulf Of Mexico Stock Assessment | References |
| 000000000015470 | 000000000016052 | NMFS 2021a Endangered Species Act Section 7 Consultation on the (a) Authorization of the American Lobster Atlantic Bluefish Atlantic Deep Sea Red Crab | References |
| 000000000016053 | 000000000016062 | NMFS 2021c North Atlantic Right Whale Conservation Framework for Federal Fisheries in the Greater Atlantic Region | References |
| 000000000016063 | 000000000016449 | NMFS 2022 U S Atlantic And Gulf Of Mexico Marine Mammal Stock Assessments 2021 NOAA Technical Memorandum NMFS NE 288 | References |
| 000000000016450 | 000000000016469 | NMFS 2022a Draft Ropeless Roadmap A strategy to develop on demand fishing | References |
| 000000000016470 | 000000000016711 | NMFS 2022b Environmental Assessment FONSI and RIR for the 2022 Emergency Final Rule to Reduce Right Whale Interactions with Lobster and Jonah Crab | References |
| 000000000016712 | 000000000016717 | NMFS 2023 Draft US Atlantic And Gulf Of Mexico Marine Mammal Stock Assessments 2022 | References |
| 000000000016718 | 000000000016977 | NMFS 2023a Draft Environmental Assessment and Draft RIR for a proposed rule to make final the massachusetts restricted area wedge | References |
| 000000000016978 | 000000000016983 | NMFS 2023b Draft US Atlantic And Gulf Of Mexico Marine Mammal Stock Assessments 2022 | References |
| 000000000016984 | 000000000017237 | NMFS 2023b Environmental Assessment FONSI and RIR for the 2023 Emergency Rule to reduce right whale interactions in trappot gear | References |
| 000000000017238 | 000000000017379 | NMFS Rei nitiation of Consultation on the Federal Lobster Management Plan in the Exclusive Economic Zone [Consultation No FNER20010065 | References |
| 000000000017380 | 000000000017387 | Oedekoven Et Al 2015 Expert Elicitation Of Seasonal Abundance Of North Atlantic Right Whales | References |
| 000000000017388 | 000000000017441 | Pace 2021 Revisions and Further Evaluations of the Right Whale Abundance Model | References |
| 000000000017442 | 000000000017495 | Pace 2021 Tech Memom NMFS NE 269 | References |
| 000000000017496 | 000000000017508 | Pace Et Al 2017 State Space Mark Recapture Estimates Reveal A Recent Decline In Abundance Of North Atlantic | References |
| 000000000017509 | 000000000017516 | Pace et al 2021 Cryptic Mortality of North Atlantic Rgiht Whales | References |
| 000000000017517 | 000000000017517 | PAM 2023 Passive Acoustic Cetacean Map  NOAA NEFSC NARW Access Date Apr 4 2023 | References |
| 000000000017518 | 000000000017545 | Paquet Et Al 1997 Numbers and Seasonal Occurrence of humpback whales | References |
| 000000000017546 | 000000000017555 | Payne 1990 Fishery Bulletin US | References |
| 000000000017556 | 000000000017563 | Payne Et Al 1986 The Distribution Of The Humpback Whale Megaptera Novaeangliae On Georges Bank | References |
| 000000000017564 | 000000000017573 | Payne Et Al 1990 Recent fluctuations in the abundance of baleen whales | References |
| 000000000017574 | 000000000017581 | Payne Et Al 1997 The Distribution Of The Humpback Whale Megaptera Novaeangliae On Georges Bank | References |
| 000000000017582 | 000000000017596 | Pendleton Et Al 2009 Regional Scale Mean Copepod Concentration Indicates Relative Abundance of | References |
| 000000000017597 | 000000000017613 | Pendleton Et Al 2022 Decadal?scale phenology and seasonal climate drivers of migratory baleen whales (2) | References |
| 000000000017614 | 000000000017644 | Perry Et Al 1999 The Great Whales History And Status Of Six Species Listed As Endangered Under The US Endangered Species Act Of 1973 | References |
| 000000000017645 | 000000000017657 | Pettis Et Al 2017 Body condition changes arising from natural factors and fishing gear entanglements | References |
| 000000000017658 | 000000000017682 | Pettis Et Al 2021 North Atlantic Right Whale Consortium 2021 Annual Report Card | References |
| 000000000017683 | 000000000017690 | Pilskaln Et Al 1998 Resuspension Of Sediment By Bottom Trawling In The Gulf Of Maine And Potential | References |
| 000000000017691 | 000000000017709 | Plourde Et Al 2019 North Atlantic Right Whale (Eubalaena Glacialis) And Its Food | References |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000017710 | 000000000017747 | Prieto Et Al 2012 The forgotten whale | References |
| 000000000017748 | 000000000017765 | Quintana Rizzo Et Al 2021 Residency demographics and movement patterns of North Atlantic right whales | References |
| 000000000017766 | 000000000017780 | Record Et Al 2019 Century Scale Changes In Phytoplankton Phenology In The Gulf Of Maine | References |
| 000000000017781 | 000000000017789 | Record Et Al 2019 Rapid Climate Driven Circulation Changes Threaten Conservation Of Endangered | References |
| 000000000017790 | 000000000017807 | Risch Et Al 2013 Minke whale acoustic behavior and multi year seasonal and diel vocalization patterns | References |
| 000000000017808 | 000000000017824 | Risch Et Al 2014 Seasonal Migrations Of North Atlantic Minke Whales | References |
| 000000000017825 | 000000000017828 | Robbins Et Al 2009 Estimating Entanglement Mortality From Scar Based Studies | References |
| 000000000017829 | 000000000017849 | Roberts Et Al 2016 Final Project Report Marine Species Density Data Gap Assessments and update for the AFTT Study Area 2015 2016 | References |
| 000000000017850 | 000000000017861 | Roberts Et Al 2016 Habitat Based Cetacean Density Models For The US Atlantic and Gulf of Mexico | References |
| 000000000017862 | 000000000017937 | Roberts Et Al 2017 Final Project Report Marine Species Density Data Gap Assessments And Update For The AFTT Study Area 2016 2017 | References |
| 000000000017938 | 000000000018079 | Roberts Et Al 2020 Final Project Report Marine Species Density Data Gap Assessments And Update For The AFTT Study Area 2018 2020 | References |
| 000000000018080 | 000000000018132 | Roberts Et Al 2022 North American Right Whale v12 Presentation | References |
| 000000000018133 | 000000000018166 | Rogers Et Al 1998 Ecosystem Effects Of Demersal Fishing A European Perspective | References |
| 000000000018167 | 000000000018173 | Rumohr and Krost 1991 Experimental Evidence Of Damage To Benthos By Bottom Trawling With Special Reference To Benthos By Bottom Trawling | References |
| 000000000018174 | 000000000018180 | Rumohr Krost 1991 Experimental Evidence Of Damage To Benthos By Bottom Trawling With Special Reference To Benthos By Bottom Trawling | References |
| 000000000018181 | 000000000018283 | Runge Et Al 2023 A management focused population viability analysis for North Atlantic right whales | References |
| 000000000018284 | 000000000018290 | Schilling Et Al 1992 Behavior of individually identified sei whales Balaenoptera borealis | References |
| 000000000018291 | 000000000018301 | Schweitzer Et Al 2018 Impacts Of A Multi Trap Line On Benthic Habitat Containing Emergent Epifauna | References |
| 000000000018302 | 000000000018332 | Sharp Et Al 2019 Gross And Histopathologic Diagnoses From North Atlantic Right Whale Eubalaena | References |
| 000000000018333 | 000000000018359 | SHRM 2021 Research The Employment Picture Comes Into Focus | References |
| 000000000018360 | 000000000018381 | Sorochan Et Al 2019 North Atlantic right whale (Eubalaena glacialis) and its food | References |
| 000000000018382 | 000000000018385 | Steneck And Wilson 1998 why are there so many lobsters in Penobscot Bay | References |
| 000000000018386 | 000000000018397 | Stephenson Et Al 2017 Experimental Potting Impacts On Common Uk Reef Habitats In Areas Of High And | References |
| 000000000018398 | 000000000018408 | Stewart Et Al 2022 Larger females have more calves | References |
| 000000000018409 | 000000000018426 | Stone Et Al 2017 Distribution And Abundance Of Cetaceans In A Wind Energy Development Area | References |
| 000000000018427 | 000000000018433 | Swingle Et Al 1993 APPEARANCE OF JUVENILE HUMPBACK WHALES FEEDING IN THE NEARSHORE WATERS OF WV | References |
| 000000000018434 | 000000000018441 | Uhrin 2016 Tropical Cyclones Derelict Traps And The Future Of The Florida Keys Commercial Spiny Lobster Fishery | References |
| 000000000018442 | 000000000018450 | van der Hoop 2015 Vessel Strikes to Large Whales Before and After the 2008 Ship Strike Rule | References |
| 000000000018451 | 000000000018463 | Van Der Hoop Et Al 2013 Assessment Of Management To Mitigate Anthropogenic Effects On Large Whales | References |
| 000000000018464 | 000000000018487 | Van Der Hoop Et Al 2016 Drag From Fishing Gear Entangling North Atlantic Right Whales | References |
| 000000000018488 | 000000000018502 | Van Der Hoop Et Al 2017 Entanglement Is A Costly Life History Stage In Large Whales | References |
| 000000000018503 | 000000000019034 | Waring Et Al 2009 US Atlantic And Gulf Of Mexico MM SAR 2009 | References |
| 000000000019035 | 000000000019044 | Watkins And Schevill 1976 Right whale feeding and baleen rattle | References |

| BegDoc | EndDoc | FileName | Custodians |
|---|---|---|---|
| 000000000019045 | 000000000019057 | Watkins Et Al 1987 The 20 Hz signals of finback whales (Balaenoptera physalus) | References |
| 000000000019058 | 000000000019069 | Weinrich Et Al 2000 Right Whales (Eubalaena Glacialis On Jeffrys Ledge | References |
| 000000000019070 | 000000000019206 | Whittingham Et Al 2005 Large Whale Entanglement Report 2003 updated 2005 | References |
| 000000000019207 | 000000000019217 | Wikgren Et Al 2014 Modeling The Distribution Of The North Atlantic Right Whale Eubalaena Glacialis | References |
| 000000000019218 | 000000000019288 | Wiles 2017 Periodic status review for blue fin sei North Pacific right and sperm whales in Washington | References |
| 000000000019289 | 000000000019298 | Wiley Et Al 1995 Stranding and mortality of humpback whales Megaptera novaeangliae in the mid Atlantic and southeast United States 1985 1992 | References |
| 000000000019299 | 000000000019306 | Williams Et Al 2013 Evidence For Density Dependent Changes In Body Condition And Pregnancy Rate Of | References |
| 000000000019307 | 000000000019326 | Wishner Et Al 1988 Copepod Patches And Right Whales In The Great South Channel Off New England | References |
| 000000000019327 | 000000000019359 | Wishner Et Al 1995 Abundance distribution and population structure of the copepod Calanus finmarchicus | References |
| 000000000019360 | 000000000019496 | Wittingham Et Al 2003 Large Whale Entanglement Report | References |
| 000000000019497 | 000000000019506 | Woodley and Gaskin 1996 Environmental Characteristics Of North Atlantic Right And Fin Whale Habitat In | References |
| 000000000019507 | 000000000019516 | Woodley Gaskin 1996 Environmental Characteristics Of North Atlantic Right And Fin Whale Habitat In | References |
| 000000000019517 | 000000000019545 | Zou et al 2021 Economic Profile for American Lobster (Homarus Americanus) Fleets in the Northeastern United States | References |