# Exhibit B

No. 1:24-cv-10332-WGY

FORM **CD-64**
(REV.1-00)
DAO 201-17

U. S. DEPARTMENT OF COMMERCE

*Washington, D.C.,* February 16, 20 24

*I HEREBY CERTIFY that the annexed is a true copy of* the NOAA Fisheries administrative record of the development, approval, and implementation of 2024 permanent Massachusetts Restricted Area Wedge rule -- Taking of Marine Mammals Incidental to Commercial Fishing Operations; Atlantic Large Whale Take Reduction Plan Regulations.

The original administrative record is *on file in the* NOAA Fisheries Greater Atlantic Regional Fisheries Office, Gloucester, Massachusetts.

*[signature]*

Assistant Regional Administrator for Protected Resources

(Official title)

*I HEREBY CERTIFY that* Jennifer Anderson, Assistant Regional Administrator for Protected Species *who signed the foregoing certificate, is now, and was at the time of signing,* the custodian of the administrative record described above *and that full faith and credit should be given his/her certificate as such.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this* 20th *day of* February, *two thousand* twenty four

*For the SECRETARY OF COMMERCE :*

Michael Pentony
Digitally signed by Michael Pentony
Date: 2024.02.20 08:46:21 -05'00'

Certifying Officer