IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce *et al.*, <br><br> Federal Defendants. | Civil Action No.: 1:24-cv-10332 (WGY) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Erica A. Fuller, am a member in good standing of the Bar of this Court and an attorney of record for *amici curiae*, Conservation Law Foundation, Center for Biological Diversity, Defenders of Wildlife, and Whale and Dolphin Conservation (collectively, Conservation Groups) in this case. Pursuant to Local Rule 83.5.3, I move for the admission of Emily Jeffers to appear *pro hac vice* in this case as counsel for *amici curiae*. In support of this motion, I state as follows:

1. On February 26, 2024, Conservation Groups filed a Motion for Leave to Submit an Amici Curiae Brief in Support of Federal Defendants' Opposition, ECF No. 22, to the Massachusetts Lobstermen's Association, Inc.'s, Motion for Temporary Restraining Order, Preliminary Injunction, and Stay Pursuant to 5 U.S.C. § 705, ECF No. 3. ECF No. 24.

2. On February 27, 2024, this Court allowed Conservation Group's Motion for Leave to File an Amici Curiae Brief. ECF No. 26.

3. On February 27, 2024, I, Erica A. Fuller, filed a Notice of Appearance. No. 27.

4. Attorney Emily Jeffers's certification pursuant to LR 83.5.3(e)(3) accompanies this motion as Exhibit A.

WHEREFORE, I respectfully request that the Honorable Court grant Attorney Emily Jeffers leave to appear and practice in this Court *pro hac vice* in the above-captioned action.

Respectfully submitted,

*/s/ Erica A. Fuller*
Erica A. Fuller (BBO #669647)
Conservation Law Foundation
62 Summer St.
Boston, MA 02110
Tel: (617) 850-1727
efuller@clf.org

Dated: February 27, 2024

*Counsel for Conservation Groups*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on February 27, 2024, counsel for Conservation Groups conferred with counsel for Plaintiff and for Federal Defendants and counsel for both stated "no objection" to this motion.

> */s/ Erica A. Fuller*
> Erica A. Fuller

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on February 27, 2024.

> */s/ Erica A. Fuller*
> Erica A. Fuller