```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                                )
MASSACHUSETTS LOBSTERMEN'S      )
ASSOCIATION, INC.,              )
                                )
             Plaintiffs,        )
                                )
        v.                      )
                                )
NATIONAL MARINE FISHERIES SERVICE, )   CIVIL ACTION
GINA RAIMONDO, in her official  )      No. 24-10332-WGY
capacity as Secretary of the    )
U.S. Department of Commerce,    )
JANET COIT, in her official     )
capacity as Assistant           )
Administrator of NOAA Fisheries,)
                                )
             Defendants.        )
_____)

YOUNG, D.J.                                      March 15, 2024
```

**JUDGMENT**

After careful consideration, the Court has determined and therefore declares that the Final Wedge Closure Rule violates the Consolidated Appropriations Act of 2023, H.R. 2617, through December 31, 2028. The Final Wedge Closure Rule is therefore void and unenforceable during that period. Final judgment is entered in favor of the Massachusetts Lobstermen's Association.

**SO ORDERED.**

                                          /s/ William G. Young
                                          WILLIAM G. YOUNG
                                          DISTRICT JUDGE