UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:24−cv−10332−WGY

MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, INC. *as Plaintiff*

v.

NATIONAL MARINE FISHERIES SERVICE, et al. *as Defendants*

**6 January 2025**

---

STRAHAN'S THIRD EFFORT TO INTERVENE ON TO PROTECT HIS INTERESTS IN HIS NOVEMBER 2024 APA PETITION TO NOAA TO REVOKE WEDGE RULE

---

I, Richard Maximus Strahan, as a "Man Against Xtinction" SPEAKS:

I am renewing my petition to intervene as an appellant/appellee in the instant action to provide me the ability to intervene in the appeals already taken by the parties and to participate to protect my interests in future proceedings of the Court.

In November 2024 I formally served an Administrative Procedures Act petition ("APA Petition") on the Defendants that seeks to have it REVOKE its emergency rule closing only the tiny "wedge area" ("Wedge Area") off the coast to lobsterpot fishing for a couple months while its licensed pot fishing continues unabated to catch and kill endangered whales and sea turtles throughout in the rest of the Gulf of Maine. My APA Petition also seeks NOAA/NMFS to adopt a regulation immediately ban vertical buoy lines throughout the GOM the entire year. **See Addendum: Strahan's APA Petition.**

The sole issue underlying the plaintiff's claims against NOAA/NMFS is its claiming that NOAA/NMGS' promulgated self-described "emergency rule" seasonally closing the identified Wedge Area is ILLEGAL and outright banned by the Congress' 2023 Consolidate Appropriations Act. But the outright illegality of the Wedge Rule under the ESA is at play in the instant action regardless of how the CAA is construed regarding to the Wedge Rule.

There is no question that I have a protectable interest in any decision the Court makes on the Wedge Rule. The Court serves the Public Interest. The Endangered Species Act is the "800 Pound Gorilla" in the courtroom. The Court cannot get to a decision on the congressional intent

in implementing the 2023 CAA without first ruling on whether the Wedge Rule passes ESA muster. The Wedge Rule is only part of a larger NOAA/NMFS regulatory scheme that authorize the use of pot fishing gear that has repeatedly demonstrated to routinely catch and kill ESA Listed Species of whales and sea turtles. The purpose of NMFS' Regulatory Scheme is to protect its pot fishing industry in the Gulf of Maine ("GOM Fishery") from having the ESA meaningfully enforced against it to prevent its annual catching and killings of Northern Right Whales. As part of its said evasion of ESA enforcement, it maintains a fraudulent charade that Right Whales are only like to get caught by the GOM Fishery in the early months of each year.

**The Parties and the WINGO Intervenor Cannot Protect My Interests in My APA Petition**

The Court has repeatedly heard my claims that the current appellees are partners engaged in the joint venture crime of causing the Right Whale's species extinction. For example, NMFS and the intervenor Conservation Law Foundation falsely claim that their interest in the appellate proceedings is to prevent Whales getting caught and killed in lobsterpot gear. It is the opposite. They are working as collaborators with Massachusetts Division of Marine Fisheries to aid its false claims that closing the Fishing Activity during February-April will eliminate almost all risk of Right Whales getting caught and entangled by lobsterpot gear off the Massachusetts coast. These parties use this fraud to delimit any possible restraints imposed by courts on the Fishing Activity.  Most Right Whales get caught each year off the Massachusetts coast during the Fall and Summer months when the Fishing Activity is at its peak.

The instant action was brought by the Massachusetts Lobstermen's Association as a "Trojan Horse Action" to get federal courts to rule that the CAA not only prevents NMFS' further emergency efforts to impose seasonal areal closures on the Fishing Activity, but it also stops all future litigation against it enforcing the ESA's take prohibitions. The Conservation Law Foundation key role as an intervenor is to convince courts that its only interested in stopping the entanglement of Whales to get the appeal court to rule that NMFS' emergency closure is the only further restraint on the fishing industry allowed by the CAA.

The CLF has long opposed any enforcement of the ESA § 9 take prohibitions against the industry, NMFS and individual fishers. It has always opposed courts shutting down lobsterpot fishing first to coerce the industry to either become "whale safe" or stay shutdown till it does. CLF has always appealed to its donor base that fishers must be protected from ruthless ESA enforcement. It has openly advocated to the Public that the Right Whale should only be "saved"

if its species can co-exist with the Fishing Activity. I am sure that CLF would agree with my description of their position on Right Whale protection if the Court asked it for further elucidation.

The CLF is also in business with the fishing industry **FN1** CLF demands that the ONLY limit NMFS should impose on the industry is to the use of early yea closures of specific areas to fishing instead of restraining fishing over the entire GOM throughout the year. CLF is seeking to have the federal government fund CLF and its fishermen clients' purchase of expense "release on demand" lobsterpot gear that will allow its fishing partners to get an exemption from NMFS to fish in these fishing areas seasonally closed to the rest of the fishing industry.

Doing so, CLF in return gets to rely on the fishing industry to help it keep oil drilling from coastal waters and to get the fishing industry to accept wind energy operations and support its efforts in sustainable fishing.

In summary, I am claiming that the parties and intervenor (i. e. NMFS, MLA and CLF) support the continued even if limited prohibited taking of these whales by lobsterpot fishing and oppose the adoption Strahan's APA Rule. They see the regulations I am petitioning NMFS to promulgate — including the year-long VBL ban in the GOM and the retraction of NMFS' Wedge Rule — as a threat to their vested interests in the ESA being strictly enforced against MLA

**It is Critical that I Get to Protect My APA Petition's Sought for Wedge Rule Revocation**

The sole issue in the instant action is the legality of the Wedge Rule. One of the ways that the Wedge Rule is illegal is that the Consolidated Appropriations Act prohibits it since it came after NMFS' regulations that were issued to implement its 2021 Atlantic Large Whale Reduction Plan ("2021 ALWTRP"). The ALWTRP was implemented pursuant to the Marine Mammal Protection Act's Section 1387's "take reduction" provisions. The CAA prohibits any further restraints be imposed on MLA's lobster pot fishing activity beyond what is imposed in the 2021 ALWTRP.

The other way the Wedge Rule does not work is that the Right Whale in no way benefit from it. This is a contentious issue of fact. The parties and the WINGO are all claiming that the

---

[1] "Currently, the only way to significantly reduce the risk of entanglement is to close an area to fishing when right whales are predicted to be there. But these closures come at a cost to lobstermen who cannot easily move their traps to other locations." Retrieved today from https://www.clf.org/blog/ropeless-fishing-gear/

Right Whale will benefit from the Wedge Rule. These claims are acts of fraud to support their acting in concert to allow lobsterpot fishing with VBL to continue even though fishing with VBL catches and kills whales everywhere all year in the GOM. They are falsely trying to characterize entanglements in fishing gear only occur in the Wedge Area and that the Right Whales are only in the GOM in the early part of the year. These assertions are both untrue. This is why I need to intervene to ensure that a court will not rule wrongly that where and whenever NMFS licenses the use of fishing gear using VBL in the GOM, it is likely Right Whales are present and face a likelihood of getting caught and killed in one licensed fisher's lobsterpot gear using VBL.

The Wedge Rule is a "Straw Man" that MLA and NMFS are using to claim that fishing in the Wedge Area in the early year is a time of entanglement threat for the Right Whale as a misdirection. The true threat of greatest entanglement is the risk is in the Summer and Fall throughout the rest of the year.

In short Strahan's APA Petition claims  —

1. The Wedge Rule is not an "emergency rule" except in name only. There is no "emergency" posed to the Right Whale by MLA members lobster fishing in the Wedge Area in the designated early part of the year.
2. The legality of the Wedge Rule in all possible ways is at issue in the instant action even if the CAA turned out to possibly allow it. The Wedge Rule is an ESA §¨9 prohibited taking of Right Whales as it is part of an overall scheme to unlawfully justify NMFS requiring the MLA to use VBL on its lobsterpot gear that catches and kills Right Whales every year.
3. Neither NMFS nor the CLF have offered a single example of a Right Whale getting caught in lobsterpot gear in the Wedge Area at all let alone during the time of year that the Wedge Rule prohibits lobsterpot fishing.

### WINGO CLF Lacks Article III Standing to Defend the Wedge Rule

The CLF intervenor lacks standing to intervene. It has not demonstrated that it as a corporation and its employees have any protectable interest in Right Whales. The CLF is not an association of caring people that then incorporated itself. It was started by shyster to exploit for profit technical violations of environmental laws. It seeks donations from the Public to run its business. Its employees serve the corporation and have no Article III standing in brining claims to protect Right Whales any more than any

employee of IBM would have. The CLF has no members. All the donators have no ability to vote for the board or any say in its operation.

They "members" that CLF claims they serve are simply donators and CLF does not enter contracts guaranteeing any services that will supply these donators. CLF is a charity and does not have to accomplish anything for Right Whale conservation. In fact, CLF as a charity only involves itself with Right Whales to benefit the fishermen as stake holders. It opposes the banning the use of VBL. It only acts to ensure that any conservation effort or Right Whales will not have a severe impact on the fishing industry profits.

**Summary**

I am compelled by my honesty to remind the Court I am the only party involve in these proceedings — this includes the Conservation Law Foundation as well as the Plaintiff and Defendant — who is committed to stopping the Plaintiff and Defendant's and CLF's further catching and killing of the Whale by terminating lobsterpot fishing in the Gulf of Maine. This is the only solution that will be effective at stopping the extinction of the Whale's species in the next few decades.

Since Strahan's APA Petition challenges the efficacy of the Wedge Rule on the merits and as not beneficial to the Right Whale, I have a right to ensure any court ruling that it is lawful in some myopic and limited assessment that would impair my ability to get NMFS to adopt my petitioned for regulations, in part banning VBL and throughout the Gulf of Maine.

I ask the Court to grant my requested relief

BY:

/s/ Richard Maximus Strahan

_____
Richard Maximus Strahan
Chief Science Officer
Calm Earth Corporation
1 Brickyard Square, Suite 14 PMB 227 Epping NH
Rightywhale@gmail.com & 617-817-4402

*Vir Rei Publicae Necessarius Est*

I certify that a copy of this document has been served TODAY on each of the Parties attorney of record by the ECF filing system. /s/ Richard Maximus Strahan

# ADDENDUM

## Calm Earth Corporation
1 Brickyard Square, Suite 14 PMB 337
Epping NH 03042

**Served VIA rightywhale@gmail.com**                                                                        **18 November 2024**

To:   Secretary, Office of the Secretary            Assistant Administrator
      US Department of Commerce                     National Marine Fisheries Service
      1401 Constitution Avenue, N.W.                1335 East-West Highway
      Washington, D.C. 20230                        Silver Spring MD 20910
      secyraimondo@doc.gov                          janet.coit@noaa.gov

      Admiral Linda Fagan, Commandant               NMFS NRO, Gloucester MA
      US Coast Guard HQ                             Michael.pentony@nooa.gov
      2703 MLK Avenue SW
      Washington DC 20230                           NOAA Administrator. WDC 20230
      uscgdco@uscg.mil                              rick.spinrad@noaa.gov

Re:   PETITION TO RETRACT WEDGE CLOSURE RULE AND TO ADOPT A REGULATION BANNING USE OF VERTICAL BUOY LINES AND GILL NETTING ALL YEAR IN THE GULF OF MAINE AND IN THE GREAT SOUTH CHANNEL

To the Above Parties:

Pursuant to the Administrative Procedures Act codified at 5 USC § 553(e), the First Amendment's Petition Clause, the take prohibitions of the Endangered Species Act (ESA), and other available authority delegated to us under law, I and the Calm Earth Corporation's oversight Aggregate petition NOAA and the US Coast Guard to promulgate and faithfully enforce the following proposed regulatory scheme ("Regulations") for marine fishing activity in the Gulf of Maine (GOM) and Great South Channel (GSC) ("Petition").

We COMMAND without any compromise for the National Marine Fisheries Service (NMFS) and the US Coast Guard (USCG) to immediately take the following actions —

1.   For NMFS to revoke its proposed regulation to seasonally close a small area off the Massachusetts coast that it has referred to as the "Wedge Area" to lobsterpot fishing while it still allows the greater possible catching and killing of Ocean Biodiversity throughout the GOM/GSC for most of the year. **FN[2]**

2.   For both NOAA and the USCG to permanently ban any further use of static vertical buoy lines on commercial and recreational pot fishing gear and gill nets in

---

[2]   18 September 2023 **Federal Register** 88 FR 63917

in the GOM and Great South Channel (GSC).

The petitioned for Regulations are intended to support Calm Earth's and mine's private Do-It-Yourself Life (DIY Life) program that intends to prevent further catching and killing of ESA Listed Species of Whales and Sea Turtles ("Ocean Biodiversity") by crab and lobster pot gear fisheries in the GOM/GSC. The Regulations are intended to give DIY Life the capacity and ability to protect and recover on its own the Northern Right Whale species and other Ocean Biodiversity in the GOM/GSC without government assistance in funding, scientific research, or leadership.

We are committed to pro-actively, without government support or controlling oversight, growing these species current reduced populations in the GOM/GSC to sizes that will be sustainable throughout the coming millennium. We intend to do this in part by collecting all existing data on Ocean Diversity and then publishing it as freely available to all member of the Public. We are also intending to deploy assets to monitor the Atlantic coastline to track and census in real time the entire Right Whale population over a single year. For us to succeed in our field efforts to recover and enhance Ocean Diversity populations it is also a necessity that we coerce and compel state and federal government agencies to faithfully obey the ESA's and Marine Mammal Protection Act's prohibitions against catching, injuring, and killing Ocean Biodiversity's species members.

DIY Life's operating paradigm recognizes who the real enemy is to Ocean Biodiversity. NMFS, Massachusetts Division of Marine Fisheries and Maine's Department of Marine Resources ("Government Outlaws") are the vested enemies of Ocean Biodiversity. It is scientific reality that federal and state government agencies are wholly dedicated to the promotion of the for-profit harvesting of Ocean wildlife at the expense of Ocean Biodiversity. They are the core actors currently causing the deliberate destruction of Ocean Biodiversity. The protection and enhancement of Ocean Biodiversity requires citizen associations now assume the burden and responsibility of stopping these Government Outlaws further actions to destroy and extirpate ESA Listed Species. They're only interests and dedication is to prevent the enforcement of the ESA & MMPA against the marine fishing industry's catching and killing Ocean Biodiversity.

The Northern Right Whale species faces inevitable extinction by the 2040's. The sought for Regulations and their strict enforcement by federal and state courts are necessary to implement DIY Life's field efforts to daily protect and recover Ocean Biodiversity to its historical levels of abundance. These Regulations serve as the only practical means of immediately terminating the capture and killing of Northern Right Whales by crab and pot fisheries in the GOM/GSC to prevent the inevitable extinction of this species in the near term. Currently the Right Whale population is crashing mostly due to its being caught and killed without restraint by NMFS and the other Government Outlaws through their licensing the deployment of pot and crab fishing gear using VBL in the GOM/GSC.

The vertical buoy lines (VBL) used on this pot and gillnet gear routinely catches and kills members of the Right Whale species and Ocean Biodiversity. The elimination of the use of vertical buoy lines in the GOM/GSC will virtually eliminate the catching and killing of Ocean Biodiversity in the GOM/GSC by marine fisheries.

      The "Wedge Rule" is a "red herring" and in no way benefits the preservation of Ocean Biodiversity. It bans fishing in the winter in an area where there is little or no commercial fishing. NOAA/CLF want the Wedge Rule to maintain a fraudulent claim that the late winter is the time of the greatest threat for the Whale ti get caught by pot gear. The greatest threat for all Ocan Biodiversity to get caught in pot gear is during the Summer and Fall months, the months of greatest fishing effort.

      The Wedge Rule is being used by Government Outlaws and whale interested NGOs ("WINGOS") like the Conservation Law Foundation as an excuse to validate the use of VBL everywhere else in the GOM/GSC. The CLF ruthlessly supports the Wedge Rule to ensure the marine fishing industry's evading ESA/MMPA enforcement to allow the industry's traditional use of VBL. The CLF is a committed lackey of NOAA and its marine fishing industry. It has no vested interest in protecting Ocean Biodiversity. As a NOAA/Industry lackey, it is seeking to get in return support of the fishing industry for CLF's NIMBY opposition to offshore oil drilling and its promotion of the building and spread of coastal windfarms.

## Summary

      We are petitioning NMFS and the USCG under the First Amendment's Petition Clause, the APA, and other applicable statutes to permanently ban throughout the entire year the use of static vertical buoy lines by pot gear marine fisheries and all gill net fisheries in the GOM and GSC. We will suffer irreparable injury and impairment of our dedicated DIY Life recovery and protection efforts to protect and recover Ocean Biodiversity if either the USCG or NMFS fails to comply with our COMMAND to adopt the Regulations in the immediate future.

      We require that both NMFS and the USCG supply us with ten business days written confirmation of the receipt of our Petition and their willingness to consider and adjudicate it on the merits. If either of you fail to do so, we will seek protection of our constitutional right to petition the government in a judicial forum.

      We inform you that within the immediate future we will be submitting a detailed white paper in support of our Petition that will offer numerous scientific and legal citations.

      We are willing and glad to discuss the Petition with NMFS/USCG employees on a date and place in the future that is convenient for them.

In Peace,

/s/ Richard Maximus Strahan

_____
Richard Maximus Strahan
Chief Science Officer
617-817-4402