ADAM R.F. GUSTAFSON
Acting Attorney General
Environment and Natural Resources Division

J. BRETT GROSKO
*Senior Trial Attorney* (Md. Bar)
TAYLOR A. MAYHALL (MN Bar 0400172)
*Trial Attorney*
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
TEL:  (202) 598-3796 (Mayhall)
       (202) 305-0342 (Grosko)
FAX:  (202) 305-0275

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LOBSTERMEN'S ASSOCIATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    *Federal Defendants*. | No. 1:24-cv-10332-WGY |

### NOTICE OF WITHDRAWAL OF ATTORNEY

Defendants hereby notify the Court and counsel of record that J. Brett Grosko withdraws as counsel for Defendants, the National Marine Fisheries Service, *et al.*, in this matter. Defendants will continue to be represented by Taylor Mayhall, Trial Attorney at the U.S. Department of Justice, Environment and Natural Resources Division, Wildlife and Marine

//

//

Resources Section.

                      Respectfully submitted,

                      ADAM R.F. GUSTAFSON
                      Acting Assistant Attorney General
                      Environment & Natural Resources Division

                      */s/ J. Brett Grosko*
                      J. BRETT GROSKO
                      *Senior Trial Attorney* (Md. Bar)
                      TAYLOR A. MAYHALL (MN Bar 0400172)
                      *Trial Attorney*
                      Wildlife and Marine Resources Section
                      Environment and Natural Resources Division
                      U.S. Department of Justice
                      P.O. Box 7611
                      Washington, DC 20044-7611
                      TEL:   (202) 598-3796 (Mayhall)
                                (202) 305-0342 (Grosko)
                      FAX:   (202) 305-0275

                      *Counsel for Federal Defendants*


## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                      */s/ J. Brett Grosko*
                      Attorney for Federal Defendants